Order issued: October /0 , 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01140-CV

**DOUBLE DIAMOND DELAWARE, INC., ET AL., Appellants**

**V.**

**JOHN WALKINSHAW, ET AL., Appellees**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-10333-J**

## ORDER

We **GRANT** appellees' October 1, 2012 motion for an extension of time to file a brief **TO THE EXTENT** that appellees shall file their brief on or before November 5, 2012. We caution appellees that no further extension of time will be granted in this accelerated appeal absent extraordinary circumstances.

ELIZABETH LANG-MIERS
JUSTICE